**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7013**

———————

JAMES R. BYERS,

                            Petitioner - Appellant,

        versus

RONALD J. ANGELONE, Director, Virginia Depart-
ment of Corrections,

                            Respondent - Appellee.

———————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.   James C. Turk, District Judge.
(CA-98-4-R)

———————

Submitted:  September 15, 1998      Decided:  October 7, 1998

———————

Before ERVIN, WILKINS, and WILLIAMS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

James R. Byers, Appellant Pro Se.  Hazel Elizabeth Shaffer, Assis-
tant Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James R. Byers appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Byers v. Angelone, No. CA-98-4-R (W.D. Va. June 10, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED